**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>ROTECH HEALTHCARE, INC., *et al.*,<br><br>Defendants. | 21 Civ. 2921 (LGS) |
| UNITED STATES OF AMERICA, STATE OF WASHINGTON *ex rel.* MICHELLE SAGE,<br><br>Plaintiffs,<br><br>v.<br><br>ROTECH HEALTHCARE, INC.,<br><br>Defendant. | 22 Civ. 7847 (LGS)<br><br>(related to 21-cv-2921) |
| UNITED STATES OF AMERICA *ex rel.* CRAIG WIEGEL,<br><br>Plaintiff,<br>v.<br><br>ROTECH HEALTHCARE, INC.,<br><br>Defendant. | 23 Civ. 2677 (LGS)<br>(related to 21-cv-2921, 22-cv-7847) |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 15, 2025, it was ordered that the above-captioned actions would be unsealed after thirty days absent the relators' moving to dismiss.

WHEREAS, the relators did not dismiss their actions within thirty days of the September 15, 2025, Order.

WHEREAS, the actions were subsequently unsealed as of November 26, 2025.  It is hereby

1

**ORDERED** that the relators shall comply with the requirements of the Order dated

September 15, 2025.  It is further

**ORDERED** that the relators shall file a joint letter by **December 16, 2025**, advising the

Court of whether they plan to pursue these actions.

Dated:  December 1, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2