**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>ROTECH HEALTHCARE, INC., *et al.*,<br><br>Defendants. | 21 Civ. 2921 (LGS) |
| UNITED STATES OF AMERICA, STATE OF WASHINGTON *ex rel.* MICHELLE SAGE,<br><br>Plaintiffs,<br><br>v.<br><br>ROTECH HEALTHCARE, INC.,<br><br>Defendant. | 22 Civ. 7847 (LGS)<br><br>(related to 21-cv-2921) |
| UNITED STATES OF AMERICA *ex rel.* CRAIG WIEGEL,<br><br>Plaintiff,<br>v.<br><br>ROTECH HEALTHCARE, INC.,<br><br>Defendant. | 23 Civ. 2677 (LGS)<br>(related to 21-cv-2921, 22-cv-7847) |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court has directed the parties to file a joint letter on ECF addressing, among other topics, matters relevant to case management and scheduling, and to append a proposed case management plan and scheduling order, consistent with the Court's Individual Rules.

WHEREAS, two of the Relators, Mr. Doe and Ms. Sage, are represented by counsel, and Relator Weigel appears pro se.

1

WHEREAS, counsel for Relators Doe and Sage represent that they have attempted, without success, to obtain Mr. Weigel's position for inclusion in the parties' joint letter filed at Dkt. No. 25.

WHEREAS, Mr. Weigel has not otherwise communicated with the Court regarding whether he intends to participate in this action and, if so, whether he plans to retain counsel.  It is hereby

**ORDERED** that, no later than **January 5, 2026**, Mr. Weigel shall file a letter on ECF stating whether he intends to participate in this action and, if so, whether he plans to retain counsel.  The letter shall be no longer than two pages.  If Mr. Weigel does not file the letter by **January 5, 2026**, the Court will assume that he does not intend to participate in the action and will proceed accordingly.  It is further

**ORDERED** that counsel for Relators Doe and Sage shall serve a copy of this Order and the initial pretrial conference Order on Mr. Weigel by first-class mail (and by email if counsel has an address for him) no later than two (2) business days after this Order is entered, and shall file an affidavit of service on ECF promptly thereafter.

Dated: December 18, 2025
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2