**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* JOHN DOE,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>ROTECH HEALTHCARE, INC., *et al.*,<br><br>                    Defendants. | 21 Civ. 2921 (LGS) |
| UNITED STATES OF AMERICA, STATE OF WASHINGTON *ex rel.* MICHELLE SAGE,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>ROTECH HEALTHCARE, INC.,<br><br>                    Defendant. | 22 Civ. 7847 (LGS)<br><br>(related to 21-cv-2921) |
| UNITED STATES OF AMERICA *ex rel.* CRAIG WIEGEL,<br><br>                    Plaintiff,<br>                    v.<br><br>ROTECH HEALTHCARE, INC.,<br><br>                    Defendant. | 23 Civ. 2677 (LGS)<br>(related to 21-cv-2921, 22-cv-7847) |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a case management conference was scheduled for February 2, 2026.  It is hereby

ORDERED that the conference scheduled for February 2, 2026, is **ADJOURNED** to

**February 3, 2026, at 3:30 p.m.**  The conference will be held telephonically and can

be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.  It is further

**ORDERED** that the pre-conference filings remain due by **January 27, 2026**.

The Clerk of Court is respectfully requested to docket this Order in 21cv2921, 22cv7847 and 23cv2677.

Dated:  January 22, 2026
   New York, New York

             LORNA G. SCHOFIELD
           UNITED STATES DISTRICT JUDGE