UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------ X
                                           :
U.S. et al. ex rel. JOHN DOE,              :
                          Plaintiff,       :
            -against-                      :
                                           :          21 Civ. 2921 (LGS)
                                           :
ROTECH HEALTHCARE, INC., et al.,           :
                                           :
                          Defendant.       :
------------------------------------------ X
                                           :
U.S. et al. ex rel. MICHELLE SAGE,         :
                          Plaintiff,       :
            -against-                      :          22 Civ. 7847 (LGS)
                                           :
ROTECH HEALTHCARE, INC.,                   :
                          Defendant.       :
------------------------------------------ X
                                           :
U.S. et al. ex rel. CRAIG WIEGEL,          :
                          Plaintiff,       :
            -against-                      :          23 Civ. 2677 (LGS)
                                           :
ROTECH HEALTHCARE, INC.,                   :
                                           :            **ORDER**
                          Defendant.       :
------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 10, 2026, the Court held an initial conference in the above-captioned related actions.

WHEREAS, the Court discussed, among other things, (1) the schedule for Relators to file amended complaints and for Defendant Rotech Healthcare, Inc.'s ("Rotech") anticipated motions to dismiss in *United States ex rel. Doe v. Rotech Healthcare, Inc.*, No. 21 Civ. 2921, and *United States ex rel. Sage v. Rotech Healthcare, Inc.*, No. 22 Civ. 7847; (2) the sealing status of certain exhibits to the complaints and (3) the disposition of *United States ex rel. Wiegel v. Rotech Healthcare, Inc.*, No. 23 Civ. 2677.  It is hereby

1

**ORDERED** that in 21 Civ. 2921 and 22 Civ. 7847, Relators Doe and Sage shall file amended complaints by **April 24, 2026**.  Relator Sage's amended complaint should be tailored to assert claims that are not duplicative of those asserted by Relator Doe.  It is further

**ORDERED** that the following briefing schedule shall govern any Rotech motions to dismiss the amended complaints in 21 Civ. 2921 and 22 Civ. 7847:

(a) Rotech's motions to dismiss shall be filed by **May 22, 2026**.

(b) Relators' oppositions shall be filed by **June 12, 2026**.

(c) Rotech's reply shall be filed on or before **June 30, 2026**.

The parties are directed to the Court's Individual Rules and Practices for guidance regarding page limits and other requirements for motion practice.  It is further

**ORDERED** that Relator Doe shall file a letter by **March 13, 2026**, identifying which docket entries in 21 Civ. 2921 should be unsealed.  Regarding exhibits to Dkt. No. 19 in 21 Civ. 2921, and same documents regardless of exhibit number to the extent they are exhibits to other complaints, the following rulings apply:

(a) Relator Doe's request to file redacted versions of Exhibits 10-18, 25-33, 36-42, 44-46 and 49 to the complaints in 21 Civ. 2921 is **GRANTED**.

(b) Relator Doe shall file the redacted copies of these exhibits on the public docket.

(c) Exhibit 19 is hereby **STRICKEN** from the docket.

(d) With respect to Exhibits 25 and 49, Relator Doe shall file slip sheets on the docket indicating that native files have been provided to the Court.  Relator Doe shall request a file-share link from Chambers to upload the native files and shall also place the native files on a CD to be filed with the Clerk's Office. It is further

**ORDERED** that Relator Doe's March 13, 2026, letter shall also address his basis for

proceeding anonymously.  Rotech may file any response to Relator Doe's letter by **March 18, 2026**.  It is further

**ORDERED** that 23 Civ. 2677 is **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  This dismissal is with prejudice as to Relator Craig Wiegel but is without prejudice to the United States and without prejudice to any claims or defenses in 21 Civ. 2921 and 22 Civ. 7847.

For 21 Civ. 2921, the Clerk of Court is respectfully directed to strike Dkt. No. 18-19 (Ex. 19 to the Complaint) from the docket and to close the motion at Dkt. No. 44.

For 23 Civ. 2677, the Clerk of Court is respectfully directed to close the case.

The Clerk of Court is also respectfully requested to file this Order in 21 Civ. 2921, 22 Civ. 7847 and 23 Civ. 2677.

Dated:  March 11, 2026
       New York, New York

                               **LORNA G. SCHOFIELD**
                       **UNITED STATES DISTRICT JUDGE**