UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA *ex rel.* JOHN   :
DOE et al.,                                               :
                                      Plaintiffs,   :        21 Civ. 2921 (LGS)
                                                          :
                    -against-                        :        SEALED ORDER
                                                          :
ROTECH HEALTHCARE, INC.,                  :
                                      Defendant.   :
-------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on April 6, 2021, Plaintiff-Relator filed this action.

        WHEREAS, on July 20, 2021, Plaintiff-Relator filed a motion for leave to file an

amended complaint.  It is hereby

        **ORDERED** that Plaintiff-Relator's application is GRANTED.  Plaintiff-Relator shall file

the First Amended Complaint by **July 23, 2021**.  It is further

        **ORDERED** that Plaintiff-Relator shall file a status letter by **July 26, 2021**, explaining the

status of service of the Complaint and all material evidence and information on the Government.

It is further

        **ORDERED** that Plaintiff-Relator shall serve this order on the Government.


Dated: July 20, 2021
        New York, New York

                                                        LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE