UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA *ex rel.* JOHN
DOE et al.,

                                   Plaintiffs,

            -against-

ROTECH HEALTHCARE, INC.,

                                   Defendant.
-------------------------------------------------------------X

21 Civ. 2921 (LGS)

SEALED ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 6, 2021, Plaintiff-Relator filed this action.

WHEREAS, on January 14, 2022, Plaintiff-Relator filed a motion for leave to file a

second amended complaint. It is hereby

ORDERED that Plaintiff-Relator's application is GRANTED. Plaintiff-Relator shall file

the Second Amended Complaint by **January 21, 2022**. It is further

ORDERED that Plaintiff-Relator shall serve this Order and the Second Amended

Complaint, once filed, on Plaintiffs via e-mail.

Dated: January 18, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE