UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* JOHN DOE,<br><br>                                        Plaintiffs,<br><br>                    v.<br><br>ROTECH HEALTHCARE, INC., *et al.*,<br><br>                                        Defendants. | 21 Civ. 2921 (LGS)<br><br>**FILED UNDER SEAL**<br><br>**ORDER EXTENDING THE SEAL** |

IT IS HEREBY ORDERED, that for good cause shown pursuant to 31 U.S.C. § 3730(b)(3), the time for the United States of America to notify this Court of its decision whether to intervene in the above-captioned action, or decline to do so, is hereby extended by six months, to and including March 14, 2023. Further, the extension of the seal and of the period to determine whether to intervene or to decline to do so shall be deemed to apply to the States named as co-plaintiffs in this action.

The complaint, orders, and all other documents submitted to the Court shall remain under seal during that period and until further order of the Court, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated November 9, 2021.

Dated: New York, New York
         September 19, 2022

SO ORDERED:

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**