

**FOLEY & LARDNER LLP**

321 N CLARK ST.
SUITE 3000
CHICAGO, IL  60654-4762
312.832.4500 TEL
312.832.4700 FAX
**FOLEY.COM**

WRITER'S DIRECT LINE
312.832.4363
lnoller@foley.com

CLIENT/MATTER NUMBER
094504-0132

May 22, 2026

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse, Courtroom 1106
40 Foley Square
New York, NY 10007

**Via ECF**

> **RE:**    *United States et al. ex rel. John Doe v. Rotech Healthcare, Inc. et al.*, **1:21-cv-02921-LGS (S.D.N.Y.)**

Dear Judge Schofield:

We write on behalf of all Defendants (collectively, "Rotech") pursuant to Section I(D)(3) of Your Individual Rules, to explain the basis for filing Rotech's Motion to Dismiss Relator's Fourth Amended Complaint (FAC) under seal.

As the Court is aware, the FAC was filed in two versions: a publicly filed version with certain redactions and a sealed version highlighting those redactions, consistent with the procedure set forth in Section I(D)(3) of Your Individual Rules. The redactions were made by Relator—not Rotech. The redacted material encompasses specific paragraphs of the FAC containing, among other things, Rotech's internal audit results, compliance rates, claims volume figures, aggregate dollars billed to government payors, costs, and other confidential financial and operational data Rotech produced in discovery and designated as confidential under the parties' stipulated protective order (ECF No. 77 § IV(A)).

On April 28, 2026, in response to the position set forth by Relator (ECF No. 81), Rotech filed a letter (ECF No. 84) setting forth the specific, particularized harms that public disclosure of the redacted materials would cause, including competitive injury and harm to the government's enforcement process, and requesting the Court maintain the redactions. Today, the Court entered an Order (ECF No. 88) denying Rotech's motion to seal without prejudice to renewal and directing Rotech to file a renewed motion to seal by May 29, 2026, proposing revised, narrowly tailored redactions consistent with the Court's Order.

Rotech intends to comply with the Court's Order and file a renewed motion to seal proposing revised, narrowly tailored redactions of the FAC. In the meantime, the sealed version

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NASHVILLE | NEW YORK | ORLANDO | RALEIGH | SACRAMENTO | SALT LAKE CITY
SAN DIEGO | SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.



of the FAC (Dkt. No. 83) remains under seal pursuant to the Court's Order. Rotech's Motion to Dismiss necessarily references and discusses specific paragraphs of the FAC that are subject to the proposed redactions. Because the Motion to Dismiss addresses the sufficiency of the allegations contained in those paragraphs, the motion by necessity implicates the same confidential information that is the subject of the renewed motion to seal.

To avoid publicly disclosing material that remains under seal pending Rotech's renewed motion to seal and the Court's resolution of the sealing issue, Rotech is filing its Motion to Dismiss under seal. The redactions in the Motion to Dismiss are limited to references to paragraphs of the FAC that contain confidential data and will be revised in accordance with the Court's guidance regarding narrowly tailored redactions. This approach preserves the status quo and avoids the irremediable disclosure of confidential information while the sealing issue is being resolved. Should the Court determine the redacted material need not remain under seal, Rotech will promptly re-file the Motion to Dismiss consistent with the Court's order.

Rotech respectfully requests the Court permit the Motion to Dismiss to remain under seal until the sealing issue is resolved.

Application **GRANTED**.  Defendants' motion to dismiss may remain under seal pending resolution of the renewed sealing motion ordered by Dkt. No. 88. Any opposition or reply briefing referencing material currently under seal may likewise be filed under temporary seal.  Within **7 days** of resolution of the sealing issue, the parties shall publicly re-file versions of the filings consistent with the Court's sealing ruling.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. No. 89.

Dated:  May 26, 2026
        New York, New York

Respectfully submitted,

**Foley & Lardner LLP**

*/s/ Phara A. Guberman*
Phara A. Guberman
90 Park Avenue
New York, NY 10016
Tel: (212) 338-3514
phara.guberman@foley.com

Lisa Noller (admitted *pro hac vice)*
321 N Clark St., Suite 3000
Chicago, IL 60654-4762
Tel: (312) 832-4500
lnoller@foley.com

Kara Sweet (admitted *pro hac vice*)
1144 15th Street, Suite 2200
Denver, CO 80202
Tel: (720) 437-2002
ksweet@foley.com

*Attorneys for Defendant Rotech Healthcare Inc.*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**