UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES EX REL JEFF HUANG,

Plaintiff,

-v-

ROTECH HEALTHCARE, INC., et al.,

Defendants.

CIVIL ACTION NO. 21 Civ. 2921 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for the purpose of general pre-trial management. (Dkt. No. 121). The Court is in receipt of the parties' letters outlining their most recent discovery dispute. (Dkt. Nos. 120, 122–123 (the "Dispute")). Accordingly, an **in-person** conference to discuss the Dispute is scheduled for **August 26, 2026 at 11:15 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York. Any counsel who is not based in New York may participate in the conference by dialing (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form no later than four (4) business days before the conference.

Dated: New York, New York
August 11, 2026

SO ORDERED

**SARAH L. CAVE**
**United States Magistrate Judge**