FOLEY
FOLEY & LARDNER LLP

321 N CLARK ST.
SUITE 3000
CHICAGO, IL 60654-4762
312.832.4500 TEL
312.832.4700 FAX
FOLEY.COM

WRITER'S DIRECT LINE
312.832.4363
lnoller@foley.com

CLIENT/MATTER NUMBER
094504-0132

August 11, 2026

**VIA ECF**

MEMO ENDORSED

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

RE: *United States et al. ex rel. Huang v. Rotech Healthcare, Inc. et al.*, No. 1:21-cv-02921-LGS

Dear Judge Cave:

We write on behalf of Defendants Rotech Healthcare, Inc., et al., ("Rotech") with respect to the in-person discovery conference that Your Honor scheduled for August 26, 2026 at 11:15 AM (ECF 124). All of Rotech's counsel of record are unavailable due to professional and personal conflicts, including a trial set for August 24, 2026 through September 1, 2026 in the Northern District of Illinois, captioned *United States v. Harper, et al*., Case No. 25 CR 615 (N.D. Ill.).

Counsel for Rotech has contacted counsel for Relator, who consents to the adjournment. Given the current fact discovery deadline, the Parties prefer the hearing be adjourned to the week of August 17, 2026. Counsel for all parties are available at the following dates and times:

- August 17, 2026, at 11:00 AM – 12:30 PM; 1:00 PM – 3:30 PM
- August 18, 2026, at 3:00 PM – 6:00 PM
- August 19, 2026, at 10:30 AM – 5:00 PM
- August 20, 2026, at 1:30 PM – 4:00 PM

Should the Court be unable to adjourn to the week of August 17, 2026, the Parties also consent to an adjournment to the first week of September, and can make themselves available beginning September 2, 2026. The Parties consent to all counsel appearing remotely.

Counsel for Rotech has not previously made any requests for adjournment in this matter.

FOLEY
FOLEY & LARDNER LLP



Respectfully submitted,

*/s/ Phara A. Guberman*

**Foley & Lardner LLP**

Phara A. Guberman
90 Park Avenue
New York, NY 10016
Tel: (212) 338-3514
Fax: (212) 687-2329
phara.guberman@foley.com

Lisa Noller (*pro hac vice)*
321 N Clark St., Suite 3000
Chicago, IL 60654-4762
Tel: (312) 832-4500
Fax: (312) 832-4700
lnoller@foley.com

Kara Sweet (*pro hac vice)*
1144 15th Street, Suite 2200
Denver, CO 80202
Tel: (720) 437-2002
Fax: (720) 437-2200
ksweet@foley.com

*Attorneys for Defendants*

Rotech's request at Dkt. No. 125 is **GRANTED**.

The in-person conference scheduled for August 26, 2026 at 11:15 a.m. ET (the "Conference") is **RESCHEDULED** to **August 19, 2026 at 10:30 a.m. ET.** (Dkt. No. 124).

We further **GRANT** the parties' request that the Conference be converted from in-person to remote. The Conference will take place by video conference hosted by the Court on the Webex platform. The Court will provide the link for the Conference to the email addresses for Counsel as they appear on the docket. The public may access the Conference by dialing (855) 244-8681; access code: 2308 226 4654.

The Clerk of Court is respectfully directed to close Dkt. No. 125.

SO ORDERED. August 12, 2026.

SARAH L. CAVE
United States Magistrate Judge