UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES EX REL JEFF HUANG,

Plaintiff,

-v-

ROTECH HEALTHCARE, INC., et al.,

Defendants.

CIVIL ACTION NO. 21 Civ. 2921 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the discovery videoconference (the "Conference") held today, September 18, 2026, the Court **ORDERS** the following:

1. Relator's request to add additional ESI custodians is **GRANTED IN PART** to the extent that Rotech shall include Amanda Mauney as a custodian, and is otherwise **DENIED**. (Dkt. Nos. 133 at 3; 133-1 at 5–14) (the "Custodian Request")).
2. By **September 22, 2026**, the parties shall order a transcript of the Conference using the annexed form.
3. By **September 23, 2026**, Relator shall file a letter identifying any additional docket entries concerning Relator's request that Rotech produce additional patient medical and billing records. (See Dkt. No. 133 at 1–4).
4. By **September 25, 2026**, Rotech shall provide to Relator a list of proposed ESI search terms.

5. By **October 9, 2026 at 5:00 p.m. ET**, the parties are to file a joint letter, not to exceed 2450 words, regarding the status of discovery, their compliance with this Order, and their respective positions as to Relator's privilege log. (Dkt. No. 133 at 3–4)

6. A telephonic discovery conference is scheduled for **October 14, 2026 at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL