UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES EX REL JEFF HUANG,

Plaintiff,

-v-

ROTECH HEALTHCARE, INC., et al.,

Defendants.

CIVIL ACTION NO. 21 Civ. 2921 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference (the "Conference") held today, October 14, 2026, the Court **ORDERS** the following:

1. The Court encourages the parties to continue to meet and confer regarding the ESI search terms as discussed during the Conference. (See Dkt. Nos. 134 ¶ 4; 146 at 1).
2. Relator's requests for additional patient medical and billing records and to expand the time period for Defendants' document production are **DENIED WITHOUT PREDJUDICE** pending the outcome of Defendants' motion to dismiss. (See Dkt. Nos. 91; 120 at 1–2).
3. By **October 19, 2026,** the parties shall order a transcript of the Conference using the annexed form.
4. Relator's request that Defendants include additional document custodians as it relates to the "Compliance Inbox" discussed at the Conference is **GRANTED IN PART**. (See Dkt. No. 146 at 2–3). By **October 21, 2026**, Relator shall provide Defendants with

the names of two regional managers to be included as Defendants' document custodians.

5. Regarding the issues Defendants have raised concerning Relator's privilege log:

    a. By **October 28, 2026**, Relator shall:

        i. File a letter (the "Relator's Letter"), not to exceed 750 words, regarding the privilege log issue discussed at the Conference;

        ii. Provide to the Court for in camera review, via the Court's file share link, the six emails (the "Emails") that Relator asserts are privileged, as discussed during the Conference. (See Dkt. No. 146 at 4–5). The Court will provide Relator's counsel with the file share link to upload the Emails.

    b. By **November 10, 2026**, Defendants shall file a letter, not to exceed 750 words, in response to Relator's Letter.

6. By **October 23, 2026 at 5:00 p.m. ET**, the parties are to file a joint letter, not to exceed 1750 words, regarding their compliance with this Order and identifying any issues ripe for the Court's intervention

7. A telephonic discovery conference is scheduled for **October 27, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 120.

Dated: New York, New York
October 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL